IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ANDREA HUMMONS, | ) | Bk. No. **13-00309-MH3-13** |
| 604 Churchill Crossings | ) | Chapter 13 |
| Madison, TN 37115 | ) | Judge Marian F. Harrison |
| SSN: XXX-XX-3922 | ) | |
| Debtor(s). | ) | |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:** November 23, 2017
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:** December 6, 2017 at 8:30 a.m. in Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, Tennessee 37203

TRUSTEE'S REQUEST FOR HEARING ON DEBTOR'S MOTION
TO SET ASIDE DISMISSAL

Henry E. Hildebrand, III, Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, respectfully this Court set for hearing the application filed by the debtor seeking to set aside this Court's order of September 20, 2017.

The Trustee would state that the debtor's application is not timely filed, and the debtor has failed to establish adequate grounds for this Court to reconsider its September 20 order. The debtor does not refute that at the hearing on this matter no one appeared to contest the Trustee's motion.

WHEREFORE, THE PREMISES CONSIDERED, the Trustee requests this Court set for hearing the application filed by the debtor to set aside this Court's order dismissing the debtor's case.

Respectfully submitted,

/s/ Henry E. Hildebrand, III
_____
Henry E. Hildebrand, III
Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
615-244-1101; Fax 615-242-3241
www.ch13nsh.com
pleadings@ch13nsh.com

CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that on or before the 21st day of November, 2017, a true and correct copy of the foregoing has been served in the following manner:

*Email by Electronic Case Noticing to:*

U. S. Trustee
M. Todd Jackson, Counsel for Debtor

*By U. S. Postal Service, postage prepaid to:*

Andrea Hummons, 604 Churchill Crossings, Madison, TN 37115

/s/ Henry E. Hildebrand, III
_____
Henry E. Hildebrand, III
Chapter 13 Trustee